United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

TIEN VO,

        Petitioner,

   v.

SERGIO ALBARRAN, et al.,

        Respondents.

Case No.  26-cv-01489-BLF

**ORDER REGARDING MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

[Re ECF No. 7]

Respondents have submitted a Motion to Dissolve the Temporary Restraining Order.  ECF No. 7.  Under Rule 65(b)(4) of the Federal Rules of Civil Procedure, on 2 days' notice to the party who obtained the order without notice, the adverse party may appear and move to dissolve or modify the order.  The court must then hear and decide the motion as promptly as justice requires.

Accordingly, the Court hereby SETS a hearing on the Motion to Dissolve on Tuesday February 24, 2026 at 9:00 a.m. in person in Courtroom 1 at the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, California, 95113. Petitioner may file a response by February 23, 2026 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated:  February 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge