Zachary Nightingale (California Bar # 184501)
Lorena C. Castillo (California Bar # 349604)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
ndca@vblaw.com

*Attorney for Petitioner-Plaintiff*
Tien VO

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tien VO, | Case No. 5:26-cv-01489-BLF |
|     Petitioner-Plaintiff, | |
| v. | **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL** |
| Sergio ALBARRAN, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; | |
| Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; | |
| Kristi NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and | |
| Pam BONDI, in her Official Capacity, Attorney General of the United States; | |
|     Respondents-Defendants. | |

PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL

1
2      Petitioner, Mr. Tien Vo, through undersigned Counsel, hereby submits this Notice of
3  Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
4  Civil Procedure.
5      On March 9, 2026, the Board of Immigration Appeals granted Mr. Vo's Motion to
6  Reopen and terminated his removal proceedings, thus reinstating his lawful permanent resident
7  status. On March 11, 2026, Immigration and Customs Enforcement ("ICE") released Mr. Vo from
8  detention.
9      In light of the above, Mr. Vo agrees to voluntarily dismiss this action without prejudice.
10
11     Dated: March 12, 2026                    Respectfully submitted,
                                                /s/ Lorena C. Castillo
12                                              Lorena C. Castillo
                                                Zachary Nightingale
13                                              Attorney for Petitioner
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL                                          1